# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MINDY CARPENTER, et al., | : | Case No. 3:17-CV-228 |
| Plaintiffs, | : | |
| | : | District Judge Thomas M. Rose |
| -vs- | | Magistrate Judge Sharon L. Ovington |
| | : | |
| LIBERTY INSURANCE CORPORATION, , et al., | : | |
| Defendants. | | |

## ORDER OF REFERENCE

The above-captioned action is hereby referred to United States Magistrate Judge Michael J. Newman solely for the purpose of conducting a mediation. The appointed Mediator shall have full authority to conduct the mediation and shall report to United States District Judge Thomas M. Rose whether or not it has resulted in settlement of this case.

April 26, 2018                                           s/Sharon L. Ovington
                                                                                        Sharon L. Ovington
                                                                  United States Magistrate Judge
                                                                     and  ADR Coordinator