# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **MINDY CARPENTER, etc., et al.,** | * | **CASE NO. 3:17-CV-00228** |
| **Plaintiffs,** | * | **JUDGE THOMAS M. ROSE** |
| **vs.** | * | |
| **LIBERTY INSURANCE CORPORATION,** | * | **ENTRY APPROVING RESCHEDULING OF PLAINTIFFS' RESPONSE AND DEFENDANT'S REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUES OF BAD FAITH** |
| **Defendant.** | * | |
| | * | |

Given that deposition transcripts necessary for briefing have just been finalized, on agreement of the parties, and for good cause shown, Plaintiffs' response to Defendant's Motion for Partial Summary Judgment [DOC 72], shall be filed on or before March 16, 2020, with Defendant's reply due on or before March 31, 2020.

SO ORDERED.

March 3, 2020                                   *s/Thomas M. Rose

_____
JUDGE THOMAS M. ROSE

/s/   Sam G. Caras
SAM G. CARAS             (0016376)
130 W. Second St., Ste. 310
Dayton, OH 45402
(937) 223-2200 – Office
(937) 223-8989 – Facsimile
Email:  samcaras@caraslaw.com
Trial Counsel for Plaintiffs

/s/   David M. Deutsch_____

DAVID M. DEUTSCH        (0014397)
130 W. Second St., Ste. 310
Dayton, OH 45402
(937) 223-7170 – Office
(937) 223-7171 – Facsimile
Email:  deutsch.lawyer@gmail.com
Trial Counsel for Plaintiffs




/s/   William M. Harter_____

WILLIAM M. HARTER      (0072874)
FROST BROWN TODD LLC
10 W. Broad St., Ste. 2300
Columbus, OH 43215
Email: wharter@fbtlaw.com
Email: kklingelhafer@fbtlaw.com
Trial Counsel for Defendant



cc:    Sam G. Caras, Esq./David M. Deutsch, Esq., Counsel for Plaintiffs
       William M. Harter, Esq., Counsel for Defendant